IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN RICHARDSON,
    Plaintiff,

v.                                       CASE NO.: 5:10cv245/MCR/MD

N. ROBINSON, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's filing a petition for emergency injunction (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

Plaintiff did not file his motion to proceed *in forma pauperis* on the required Northern District forms and failed to provide complete documentation for the **six month period** preceding the filing of the complaint, i.e., plaintiff provided account information only for the months of August and September. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments. This case cannot proceed until all these forms are submitted, or plaintiff pays the $350.00 filing fee in full.

Accordingly, it is ORDERED:

1. The clerk is directed to forward to the plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*. Within **twenty-eight (28) days** from the date of this order, plaintiff shall file either the completed *in forma pauperis* motion, including a consent form and **six month printout,** or payment in the amount of $350.00.

2. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and to comply with an order of the court.

DONE AND ORDERED this 21st day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:10cv245/MCR/MD*