IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN RICHARDSON,

    Plaintiff,

vs.                      Case No. 5:10cv245/MCR/MD

N. ROBINSON, et al.,

    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 13, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to dismiss case without prejudice (doc. 7) is granted and this case is dismissed without prejudice, as requested.

DONE AND ORDERED this 12th day of November, 2010.

                      s/ *M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**